| United States Bankruptcy Court<br>Northern District of Illinois | | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Beard, Keith, B** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Harris-Beard, Melody,** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):  **1725** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):  **6313** |
| Street Address of Debtor (No. & Street, City, and State):<br>**1016 24th St.  #2**<br>**Rockford IL**<br><br>ZIP CODE   **61108** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**1523 S Central Ave.**<br>**Rockford IL**<br><br>ZIP CODE   **61102** |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business:<br>**Winnebago** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check one box)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*). _ _ _ _ _ _ _ _ _ _ _ _ _<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | **Keith B Beard, Melody Harris-Beard** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:  **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X  /s/ Laura L McGarragan                    2/14/2011<br>_____<br>    Signature of Attorney for Debtor(s)        Date<br>    **Laura L McGarragan**                    **6199753** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br>☑   No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | Keith B Beard, Melody Harris-Beard |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Keith B Beard**
Signature of Debtor    **Keith B Beard**

X  **/s/ Melody Harris-Beard**
Signature of Joint Debtor    **Melody Harris-Beard**

Telephone Number (If not represented by attorney)

**2/14/2011**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X  **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

**Signature of Attorney**

X  **/s/ Laura L McGarragan**
Signature of Attorney for Debtor(s)

**Laura L McGarragan  Bar No.  6199753**
Printed Name of Attorney for Debtor(s) / Bar No.

**McGarragan Law Offices**
Firm Name

**1004 N Main St Rockford IL 61103**

Address

**815 961-1111          815 961-9233**
Telephone Number

**2/14/2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X  **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re   **Keith B Beard   Melody Harris-Beard** _____      Case No. _____
_____
Debtor(s)                                                 (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/09) – Cont.**

   ❑   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

      ❑   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ❑   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ❑   Active military duty in a military combat zone.

   ❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

      **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Keith B Beard**
                        **Keith B Beard**

Date:  **2/14/2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re   **Keith B Beard   Melody Harris-Beard**                                    Case No. _____
_____
Debtor(s)                                                                                          *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❑ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

❑ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____
_____
_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D)  (12/09) – Cont.**

    ❑  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

        ❑  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        ❑  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        ❑  Active military duty in a military combat zone.


    ❑  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

       **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Melody Harris-Beard**
                   **Melody Harris-Beard**

Date:  **2/14/2011**

B6A (Official Form 6A) (12/07)

In re:  **Keith B Beard    Melody Harris-Beard**                                    Case No. _____
                                                                                                          **(If known)**
                       **Debtors**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1523 S Central Ave.**<br>**Rockford IL  61102** | **Fee Owner** | **W** | **$ 83,000.00** | **$ 62,035.00** |
| | | Total  ➢ | **$ 83,000.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Keith B Beard   Melody Harris-Beard** _____,  Case No. _____

_____Debtors_____  (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | | **25.00** |
| Cash on hand | | **Estimated tax refund** | W | **3,500.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account** | J | **50.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture** | J | **1,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | J | **1,000.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Pension** | W | **45,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Keith B Beard    Melody Harris-Beard**_____,    Case No. _____

                                        Debtors                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 Jeep** | | **600.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Plymouth Breeze** | | **1,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

___1___  continuation sheets attached                    Total    ⟩    **$ 52,675.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (4/10)**

In re **Keith B Beard   Melody Harris-Beard**                    Case No. _____
_____,                              (If known)
                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1523 S Central Ave. Rockford IL  61102 | 735 ILCS 5/12-901 or 100% of fair market value | 20,965.00 | 83,000.00 |
| 1996 Jeep | 735 ILCS 5/12-1001(b) or 100% of fair market value | 600.00 | 600.00 |
| 1997 Plymouth Breeze | 735 ILCS 5/12-1001(c) or 100% of fair market value | 1,500.00 | 1,500.00 |
| Cash | 735 ILCS 5/12-1001(b) or 100% of fair market value | 25.00 | 25.00 |
| Checking account | 735 ILCS 5/12-1001(b) or 100% of fair market value | 50.00 | 50.00 |
| Clothing | 735 ILCS 5/12-1001(b) or 100% of fair market value | 1,000.00 | 1,000.00 |
| Estimated tax refund | 735 ILCS 5/12-1001(b) or 100% of fair market value | 3,500.00 | 3,500.00 |
| Furniture | 735 ILCS 5/12-1001(b) or 100% of fair market value | 1,000.00 | 1,000.00 |
| Pension | 735 ILCS 5/12-1006 or 100% of fair market value | 45,000.00 | 45,000.00 |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re   **Keith B Beard   Melody Harris-Beard**                                      .          Case No. _____
_____
                        **Debtors**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1000589000001456722<br><br>**Everhome Mortgage**<br>**8100 Nations Way**<br>**Jacksonville FL  32256** | | J | **Mortgage**<br>**1523 S Central Ave.**<br>**Rockford IL  61102**<br><br>**VALUE $83,000.00** | | | | 62,035.00 | 0.00 |

0   continuation sheets
     attached

|  | Subtotal ➤<br>(Total of this page) | $ 62,035.00 | $ 0.00 |
|---|---|---|---|
|  | Total ➤<br>(Use only on last page) | $ 62,035.00 | $ 0.00 |
|  | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (4/10)

In re  **Keith B Beard   Melody Harris-Beard** _____     Case No. _____

Debtors                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☑  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re   **Keith B Beard   Melody Harris-Beard** _____   Case No. _____

Debtors                                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Domestic Support Obligations

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **91D1269201**<br>**IDPA/ Div of Child Sppt**<br>**509 South 6th St.**<br>**Springfield IL  62701-1825** | | | **Child support** | | | | **13,343.00** | **13,343.00** | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➤<br>(Totals of this page) | $ **13,343.00** | $ **13,343.00** | $ **0.00** |
| Total   ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **13,343.00** | | |
| Total   ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **13,343.00** | $ **0.00** |

B6F (Official Form 6F) (12/07)

In re   **Keith B Beard   Melody Harris-Beard**                          Case No. _____
                                    **Debtors**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **1161513**<br><br>**ABA**<br>**PO Box 1600**<br>**Clinton IA  52733-1600** | | | **Collection for Rockford Health System** | | | | 5.00 |
| ACCOUNT NO.   **507115**<br><br>**Accounts Receivable Mgt**<br>**7507 N 2nd St.  Unit C**<br>**Machesney Park IL  61115**<br><br>**Thomas Moss DDS**<br>**1415 East State St.**<br>**Rockford IL  61107** | | | **Collection for Thomas Moss DDS** | | | | 51.00 |
| ACCOUNT NO.   **11291247**<br><br>**Allied Data Corp**<br>**PO Box 4115**<br>**Concord CA  94524** | | W | **Collection** | | | | 210.00 |
| ACCOUNT NO.   **006465207**<br><br>**Allied Interstate**<br>**3000 Corporate Exchange Dr. 5th FL**<br>**Columbus OH  43231** | | W | **Collection For Check Into Cash & Black Expression** | | | | 468.00 |

<u>20</u>   Continuation sheets attached

Subtotal  ➤  $ |   **734.00**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keith B Beard    Melody Harris-Beard**                              Case No. _____
                    **Debtors**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **5877325479PAO** | | W | | | | | **16,049.00** |
| **American Education/Wells Fargo 1200 N 7th St. Harrisburg PA  17102** | | | Student loans | | | | |
| ACCOUNT NO.  **802213703944XXXX** | | W | | | | | **261.00** |
| **American General Finance 600 N Royal Ave. Evansville IN  47715-2612** | | | Charged off account | | | | |
| ACCOUNT NO.  **10 SC 2039** | | W | | | | | **100.00** |
| **American Mediation 132 Summit Dr.  STE 100 C Oakbrook Terrace IL  60181** | | | Mediation | | | | |
| ACCOUNT NO.  **11191472** | | W | | | | | **1,163.00** |
| **Amsher Collection Services 600 Beacon Pkwy W  Ste 300 Birmingham AL  35209-3120**  **T Mobile PO Box 742596 Cincinnati OH  45274-2596** | | | Collectiom for T Mobile # 469895081 | | | | |

Sheet no.  1 of 20 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $  **17,573.00**

Total  >  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Keith B Beard   Melody Harris-Beard**                          Case No. _____
                                    **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2319926**<br><br>**Anchor Receivables Mgt.**<br>**PO Box 4115**<br>**Concord CA  94525** | | W | **Collection for Capital One Services**<br>**#013896238** | | | | 1,094.00 |
| ACCOUNT NO. **22446670**<br><br>**ARM**<br>**PO Box 129**<br>**Thorofare NJ  08086-0129** | | W | **Collection for Chase**<br>**#111000000874464555** | | | | 299.00 |
| ACCOUNT NO. **5178007092487446**<br><br>**Arrow Financial Services**<br>**5996 W tuohy Ave.**<br>**Niles IL  60714**<br><br>**Northland Group Inc**<br>**PO Box 390846**<br>**Edina MN  55439** | | W | **Collection for Premier Bank Card** | | | | 658.00 |
| ACCOUNT NO. **CWH862**<br><br>**Asset Care Inc.**<br>**5100 Peachtree Industrial Blvd.**<br>**Norcross GA  30071** | | W | **Collection** | | | | 236.00 |

Sheet no. _2_ of _20_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **2,287.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keith B Beard   Melody Harris-Beard**_____     Case No. _____
                                    **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **2602672192003** | | W | | | | | **180.00** |
| **Bally Total Fitness** **12440 E Imperial Hwy #300** **Norwalk CA  90650** | | | Fitness center | | | | |
| ACCOUNT NO.  **111000000632234332** | | W | | | | | **741.00** |
| **Bank One** **PO Box 182223** **Columbus OH  43218** | | | Defaulted account | | | | |
| ACCOUNT NO.  **01-2475-0** | | W | | | | | **325.00** |
| **Berg Industries** **3455 S Mulford Rd.** **Rockford IL  61109** | | | 2009 tent rental | | | | |
| ACCOUNT NO. | | W | | | | | **20.00** |
| **Biehl & Biehl Inc.** **PO Box 87410** **Carol Stream IL  60188-7410** | | | Collection for Chicago Tribune | | | | |

Sheet no.  3 of 20 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          **1,266.00**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keith B Beard   Melody Harris-Beard** _____     Case No. _____
                                                                             Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **41217422208078579** | | W | | | | | **860.00** |
| **Capital Management Services** **726 Exchange St.  STE 700** **Buffalo NY  14210** **Associated Recovery Systems** **201 West Grand Ave** **Escondido CA  92025** | | | **Collection for Capital One** | | | | |
| ACCOUNT NO.   **04287004** | | W | | | | | **295.00** |
| **Cavalry** **PO Box 1017** **Hawthorne NY  10532** | | | **Collection for Sprint # 0091877045** | | | | |
| ACCOUNT NO.   **10667122** | | | | | | | **301.00** |
| **Cavalry Portfolio Services** **7 Skyline Dr.  3rd FL** **Hawthorne NY 10532** **Collection Company of America** **700 Longwater Dr.** **Norwell MA  02061-1624** | | | **Collection for Sprint PCS** | | | | |
| ACCOUNT NO.   **701670-9486776** | | W | | | | | **180.00** |
| **CB Accounts** **1101 Main St.** **Peoria IL  61606** **OSF Medical Group** **PO Box 1806** **Peoria IL  61656-1806** | | | **Collection for OSF Medical Group** | | | | |

Sheet no.  4 of 20 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                **1,636.00**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keith B Beard   Melody Harris-Beard**                                    Case No. _____

_____
**Debtors**                                                                         **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **1028242** <br><br> **CCSG** <br> **PO Box 61295** <br> **Savannah GA  31420-1295** | | W | Collection | | | | 468.00 |
| ACCOUNT NO.   **90825763** <br><br> **Cengage Learning** <br> **PO Box 6904** <br> **Florence KY  41022-6904** | | W | Book | | | | 84.00 |
| ACCOUNT NO.   **468701** <br><br> **Citizens Finance of Illinois** <br> **6345 N 2nd St.** <br> **Loves Park IL  61111-4168** | | | Auto loan-charged off account for totalled vehicle | | | | 1,444.00 |
| ACCOUNT NO. <br><br> **City of Rockford** <br> **425 E State St** <br> **Rockford IL  61104** | | J | Service for 1523 S Central Ave. | | | | 200.00 |
| ACCOUNT NO.   **12515109** <br><br> **Collection Company of America** <br> **700 Longwater Dr.** <br> **Norwell MA  02061** | | W | Collection for AT&T Sprint PCS #1710511 | | | | 213.00 |

Sheet no.  5 of 20 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **2,409.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re __Keith B Beard   Melody Harris-Beard_____

Case No. _____

**Debtors**

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **3622646014** |  | J |  |  |  |  | **300.00** |
| **Com Ed**<br>**PO Box 6111**<br>**Carol Stream IL  60197-6111** |  |  | **Utility** |  |  |  |  |
| ACCOUNT NO.   **1511050736** |  | J |  |  |  |  | **1,000.00** |
| **Credit Protection Association**<br>**13355 Noel Rd.  STE 2100**<br>**Dallas TX  75240**<br><br>**Comcast**<br>**4450 Kishwaukee St.**<br>**Rockford IL  61109** |  |  | **Collection for Comcast**<br>**1572623834 &**<br>**8798 54 045 3383949** |  |  |  |  |

Sheet no. _6_ of _20_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➢  $                **1,300.00**

Total   ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keith B Beard    Melody Harris-Beard**                                    Case No. _____
                                          **Debtors**                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **Multiple** | | J | | | | | 5,542.00 |
| **Creditors Protection Service** **202 West State St.  STE 300** **Rockford IL  61101** **Rockford Health Physicians/Clinic** **2300 N Rockton Ave** **Rockford IL  61103** **Rockford Orthopedic Assoc** **324 Roxbury Rd.** **Rockford IL  61107** **Affiliated Surgeons of Rockford** **2300 N Rockton Ave.** **Rockford IL  61103** **Grant Park Auto** **900 Broadway** **Rockford IL  61104** **Broadway Florists** **1010 Broadway** **Rockford IL  61104** **William Sowle DDS** **2126 N Main St.** **Rockford IL  61103** **Rockford Anesthesiologists** **2202 Harlem Rd.** **Loves Park IL  61111** | | | **Collection for Rockford Health** **Physicians** **Rockford Clinic** **Rockford Orthopedic Associates** **Swedish American Health System** **Affiliated Surgeons of Rockford** **Grant Park Auto Sales** **Broadway Florist** **William Sowle DDS** **Rockford Anesthesiologists** | | | | |

Sheet no.  7 of 20 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **5,542.00**

Total  ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keith B Beard    Melody Harris-Beard**                    Case No. _____
                                    **Debtors**                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **127049**<br><br>**Crusader Clinic**<br>**1200 West State St.**<br>**Rockford IL  61102** | | | **Medical** | | | | **341.00** |
| ACCOUNT NO.<br><br>**Customer Service Center**<br>**PO Box 91501**<br>**Indianapolis IN  46291-0009** | | W | **Sound and Spirit Music Membership** | | | | **161.00** |
| ACCOUNT NO.  **5178 0070 9248 7446**<br><br>**First Premier Bank**<br>**PO Box 5524**<br>**Sioux Falls SD  57117-5524** | | W | **Credit card Also in collection with Capital Management Services** | | | | **280.00** |
| ACCOUNT NO.  **815 967 0908 545**<br><br>**Franklin Collection Service**<br>**PO Box 2300**<br>**Tupelo MS  38803-3910** | | W | **Collection** | | | | **66.00** |

Sheet no.  8 of 20 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                    **848.00**

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keith B Beard   Melody Harris-Beard**                              Case No. _____
                                    **Debtors**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4687** <br><br> **HE Stark Agency** <br> **PO Box 45710** <br> **Madison WI 53744-5710** <br><br><br> **Citizens Finance** <br> **6345 N 2nd St.** <br> **Loves Park IL  61111** | | | Collection for Citizens Finance | | | | 1,886.00 |
| ACCOUNT NO. <br><br> **James E Stevens** <br> **6833 Stalter Dr. 1st Floor** <br> **Rockford IL  61108** <br><br><br> **AAA Community Finance** <br> **5611 N 2nd St.** <br> **Loves Park IL  61111** | | W | Atty for H.E.R.R. dba AAA Community Finance | | | | 3,785.00 |
| ACCOUNT NO. **2003 SC 1026** <br><br> **Jeffrey L Harris** <br> **1107 G Ave.** <br> **Grundy Center IA  50638** | | J | Small claims | | | | 2,145.00 |
| ACCOUNT NO. **303664** <br><br> **John F Mitchell** <br> **224 W Stephenson St.** <br> **Freeport IL  61032** | | W | Judgment collection | | | | 1,854.00 |

Sheet no. _9_ of _20_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                9,670.00

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keith B Beard   Melody Harris-Beard**                          Case No. _____
                                 **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4B03107** | | | | | | | **2,481.00** |
| **Mason Properties** **120 N Annie Glidden** **De Kalb IL  60115** | | | Rental agreement | | | | |
| ACCOUNT NO. | | W | | | | | **0.00** |
| **MedClear** **507 Prudential Rd.** **Horsham PA  19044-2308** | | | Medical Collection | | | | |
| ACCOUNT NO.  **39441221** | | W | | | | | **892.00** |
| **Mercantile** **PO Box 9016** **Williamsville NY  14231-9016** **American General Finance** **5451 East State St.** **Rockford IL  61108** | | | Collection for American General Finance | | | | |

Sheet no. _10_ of _20_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▸  $                                    **3,373.00**

Total  ▸  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keith B Beard   Melody Harris-Beard** _____      Case No. _____
                                    **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Multiple** | | **J** | | | | | **10,267.00** |
| **Mutual Management** **401 East State St.** **Rockford IL  61104-1027** | | | **Collection for Swedish American MSO & Swedish American Hospital OP & ER; City of Rockford Parking Northern Illinois Imaging** | | | | |
| **Swedish American Hospital** **1401 East State St.** **Rockford IL  61104** | | | | | | | |
| **City of Rockford Parking** **425 East State St.** **Rockford IL 61104-1014** | | | | | | | |
| **R & B Receivables** **860 S Northpoint Blvd** **Waukegan IL  60085-8211** | | | | | | | |
| **NortherIn Illinois Imaging** **PO Box 4777** **Rockford IL  61110** | | | | | | | |
| **JamesThompson** **515 N Court St.** **Rockford IL  61103** | | | | | | | |
| ACCOUNT NO.  **81426...** | | **W** | | | | | **1,108.00** |
| **National Bank Sycamore** **230 W State St.** **Sycamore IL  60178** | | | **Charged off acct** | | | | |

Sheet no.  11  of  20  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $        **11,375.00**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Keith B Beard    Melody Harris-Beard**                              Case No. _____
                        **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | | | | | 1,700.00 |
| **National City Bank/PNC** **249 Fifth Ave.  One PNC Plaza** **Pittsburgh 15222** | | | **Overdrawn checking account** | | | | |
| ACCOUNT NO.   **8667001286** | | | | | | | 424.00 |
| **National Credit Solution** **3680 E I-240 SVC** **Oklahoma City OK  73135** | | | **Collection for Direct Bands Inc Music & BMG Music Service** | | | | |
| ACCOUNT NO.   **16175309** | | | | | | | 152.00 |
| **National Recovery Agency** **2491 Paxton St.** **Harrisburg PA  17111** | | | **Collection for West Bay Acquisitions** | | | | |
| ACCOUNT NO.   **28478354** | | W | | | | | 181.00 |
| **Nationwide Credit Inc.** **4700 Vestal Pkwy E** **Vestal NY  13850-3770** | | | **Collection for DirecTV** | | | | |

Sheet no.  12  of  20  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **2,457.00**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keith B Beard   Melody Harris-Beard**                    Case No. _____
                                    **Debtors**                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **16334882** | | W | | | | | **740.00** |
| **NCC**<br>**PO Box 1022**<br>**Wixom MI  48393-1022**<br><br>**Infinity Healthcare Physicians**<br>**PO Box 3261**<br>**Milwaukee WI  53201-3261**<br><br>**Professional Recovery Consultants**<br>**2700 Meridian Pkwy  Ste 200**<br>**Durham NC  27713-2204**<br><br>**NCO Services**<br>**PO Box 8457**<br>**Philadelphia PA  19101** | | | **Collection for Infinity Healthcare Physicians #4185192-060624** | | | | |
| ACCOUNT NO.  **00773700646** | | W | | | | | **207.00** |
| **NCI**<br>**2015 Vaughn Rd NW  STE 400**<br>**Kennesaw GA  30144-7802** | | | **Collection for QVC Inc.** | | | | |
| ACCOUNT NO.  **3969996860** | | J | | | | | **450.00** |
| **Nicor Gas**<br>**PO Box 8350**<br>**Aurora IL  60507-8350** | | | **Utility** | | | | |

Sheet no.  13  of 20  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $              **1,397.00**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keith B Beard  Melody Harris-Beard**                    Case No. _____
_____
**Debtors**                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5556422 & 6465207** <br><br> **Paragon Way** <br> **2101 W Ben White Blvd  #103** <br> **Austin TX  78704** | | J | **Collection For Check into Cash  & Advance America** | | | | **941.00** |
| ACCOUNT NO. **0001621319** <br><br> **Penske Truck Leasing** <br> **PO Box 802577** <br> **Chicago IL  60680-2577** | | W | **Traffic violations** | | | | **335.00** |
| ACCOUNT NO. **083243303-014244539** <br><br> **PFG of Minnesota** <br> **PO Box 4115** <br> **Concord CA  94524** | | W | **Collection for PEI-AMS Direct** | | | | **280.00** |
| ACCOUNT NO. <br><br> **PNC/National City** <br> **249 Fifth Ave.** <br> **Pittsburgh PA  15222** | | W | **Credit card** | | | | **500.00** |
| ACCOUNT NO. <br><br> **Premier Home Furnishings** <br> **4038 E State St.** <br> **Rockford IL  61108** | | J | **TV** | | | | **800.00** |

Sheet no. _14_ of _20_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **2,856.00**

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keith B Beard    Melody Harris-Beard**                              Case No. _____
                                    **Debtors**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **014244538** | | W | | | | | **360.00** |
| **Professional Education Institute 7020 High Grove Blvd Burr Ridge IL  60527** | | | AudioCD/DVD | | | | |
| ACCOUNT NO.   **1033 0865 1553** | | W | | | | | **73.00** |
| **Publishers Clearing House 382 Channel Dr. Port Washington NY  11050** | | | Merchandise | | | | |
| ACCOUNT NO.   **1071900601** | | J | | | | | **3,631.00** |
| **R&B Receivables 860 S Northpoint Blvd Waukegan IL  60085** | | | Collection for Swedish American Hospital | | | | |
| ACCOUNT NO.   **Multiple** | | J | | | | | **100.00** |
| **Radiology Consultants of Rockford PO Box 4542 Rockford IL  61110** | | | Medical | | | | |

Sheet no. _15_ of _20_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **4,164.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keith B Beard   Melody Harris-Beard**                                    Case No. _____

Debtors                                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **11894** | | W | **Medical** | | | | 23.00 |
| **Regina B Bielkus MD** **PO Box 967** **Tinley Park IL** **ATG Credit LLC** **PO Box 14895** **Chicago IL  60614-0895** | | | | | | | |
| ACCOUNT NO.  **00142121-2008** | | W | **U-Haul vehicle incident** | | | | 4,194.00 |
| **Republic Western Insurance Co.** **PO Box 21688** **Phoenix AZ  85036** **Recovery Partners LLC** **4151 Marshall Way Ste12** **Scottsdale AZ  85251** | | | | | | | |
| ACCOUNT NO.  **808R073129** | | | **Collection for Crossings Book Club** | | | | 72.00 |
| **RJM Acquisitions** **575 Underhill Blvd Ste 224** **Syosset NY  11791** | | | | | | | |
| ACCOUNT NO. | | J | **Service for 1523 S Central Ave** | | | | 100.00 |
| **Rock River Water Reclamation** **3333 Kishwaukee** **Rockford IL  61109** | | | | | | | |

Sheet no.  16 of 20 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    **4,389.00**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Keith B Beard   Melody Harris-Beard**                          Case No. _____
                                    **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **RAC 19125** | | W | | | | | 86.00 |
| **Rockford Associated Clinical Path**<br>**PO Box 71082**<br>**Chicago IL  60694-1082** | | | Medical | | | | |
| ACCOUNT NO.   **20025** | | W | | | | | 317.00 |
| **Rockford Gastroenterology Assoc**<br>**401 Roxbury Rd.**<br>**Rockford IL  61107-5078**<br><br>**Rockford Mercantile**<br>**2502 S Alpine Rd.**<br>**Rockford IL  61108** | | | Medical | | | | |
| ACCOUNT NO. | | | | | | | 54.00 |
| **Rockford Health System**<br>**2400 N Rockton Ave.**<br>**Rockford IL  61103** | | | Medical | | | | |
| ACCOUNT NO.   **676595-82595-E90** | | W | | | | | 24.00 |
| **Rockford Nephrology Associates**<br>**PO Box 957**<br>**Rockford IL  61105-0957** | | | Medical | | | | |

Sheet no. _17_ of _20_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **481.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keith B Beard   Melody Harris-Beard**                          Case No. _____
                          **Debtors**                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **334291041** | | | | | | | **450.00** |
| **Security Finance Corporation** PO Box 3146 Spartanburg SC  29304 | | | Unsecured loan | | | | |
| ACCOUNT NO.  **SAI 11312** | | | | | | | **2,302.00** |
| **Surgical Assoc of No. IL** PO Box 4224 Rockford IL  61110 | | | Medical | | | | |
| ACCOUNT NO. | | J | | | | | **437.00** |
| **Swedish American ER Physicians** PO Box 3261 Milwaukee WI  53201-3261  **NCO Financial Systems** 507 Prudentail Rd. Horsham PA  19044 | | | Medical | | | | |

Sheet no.  18 of 20 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $ **3,189.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keith B Beard   Melody Harris-Beard**　　　　　　　Case No. _____
　　　　　　　　　　　　**Debtors**　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　**Multiple** | | J | | | | | 8,123.00 |
| **Swedish American Hospital** **PO Box 4448** **Rockford IL  61110-0948** | | | **Medical** | | | | |
| **Dennis Brebner & Assoc** **869 Northpoint Blvd** **Waukegan IL  60085-8211** | | | | | | | |
| **Financial Growth Foundation** **8 B Central Ave.** **Glen Burnie MD  21061** | | | | | | | |
| **Medical Group Insurance Services** **PO Box 4509** **Rockford IL  61110-4509** | | | | | | | |
| ACCOUNT NO.　**4915.3200** | | W | | | | | 185.00 |
| **Sylvan Learning** **6785 Weaver Rd.** **Rockford IL  61114** | | | **Tutoring** | | | | |
| **Account Recovery Services** **PO Box 2526** **Loves Parl IL  61132** | | | | | | | |
| ACCOUNT NO.　**2007 SC 1986** | | W | | | | | 3,280.00 |
| **Thomas A Green** **6833 Stalter Dr.** **Rockford IL  61108** | | | **Collection for American Cash N Go** | | | | |
| **Collections** **PO Box 589** **Plainfield IL  60544** | | | | | | | |

Sheet no. _19_ of _20_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ＞  $　　　　**11,588.00**

Total  ＞  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Keith B Beard   Melody Harris-Beard**                          Case No. _____
                                                                                              (If known)
                        **Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **21112009831643** | | W | Collection for RPL | | | | 87.00 |
| **Unique National Collections** 119 East Maple St. Jeffersonville IN  47130  **Rockford Public Library** 215 N Wyman St. **Attn: Customer Services** Rockford IL  61101 | | | | | | | |
| ACCOUNT NO.   **26347383** | | | **Collection for DNA Diagnostics Center** | | | | 285.00 |
| **United Collection Bureau** PO Box 140190 Toledo OH  43614 | | | | | | | |
| ACCOUNT NO. | | W | **Student loans** | | | | 31,125.00 |
| **US Dept of Ed-Direct loans** PO Box 5609 Greenville TX  75403 | | | | | | | |
| ACCOUNT NO. | | W | **Multiple Civil Claim Judgments** 04SC2364  04LM169 10SC2039 10SC3036 | | | | 8,279.00 |
| **Winnebago Law Magistrate** 400 W State St. Rocford IL  61101  **Allied Business Acct** PO Box 1600 Clinton IA  52733 | | | | | | | |

Sheet no.  20  of  20  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $ **39,776.00**

Total  ➢  $ **128,310.00**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Laura L McGarragan  6199753
McGarragan Law Offices
1004 N Main St
Rockford IL 61103

815 961-1111
Attorney for the Petitioner(s)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In Re:
Debtor:  **Keith B Beard**
Social Security Number:  **1725**

Joint Debtor:  **Melody Harris-Beard**
Social Security Number:  **6313**

Case No:

Chapter **7**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1. **ABA**<br>**PO Box 1600**<br>**Clinton IA  52733-1600** | **Unsecured Claims** | $    5.00 |
| 2. **Accounts Receivable Mgt**<br>**7507 N 2nd St.  Unit C**<br>**Machesney Park IL  61115** | **Unsecured Claims** | $   51.00 |
| 3. **Allied Data Corp**<br>**PO Box 4115**<br>**Concord CA  94524** | **Unsecured Claims** | $  210.00 |
| 4. **Allied Interstate**<br>**3000 Corporate Exchange Dr. 5th FL**<br>**Columbus OH  43231** | **Unsecured Claims** | $  468.00 |
| 5. **American Education/Wells Fargo**<br>**1200 N 7th St.**<br>**Harrisburg PA  17102** | **Unsecured Claims** | $ 16,049.00 |

In re:  **Keith B Beard**
**Melody Harris-Beard**

Case No. _____

| 6. | **American General Finance**<br>**600 N Royal Ave.**<br>**Evansville IN  47715-2612** | **Unsecured Claims** | **$   261.00** |
|---|---|---|---|
| 7. | **American Mediation**<br>**132 Summit Dr.  STE 100 C**<br>**Oakbrook Terrace IL  60181** | **Unsecured Claims** | **$   100.00** |
| 8. | **Amsher Collection Services**<br>**600 Beacon Pkwy W  Ste 300**<br>**Birmingham AL  35209-3120** | **Unsecured Claims** | **$  1,163.00** |
| 9. | **Anchor Receivables Mgt.**<br>**PO Box 4115**<br>**Concord CA  94525** | **Unsecured Claims** | **$  1,094.00** |
| 10. | **ARM**<br>**PO Box 129**<br>**Thorofare NJ  08086-0129** | **Unsecured Claims** | **$   299.00** |
| 11. | **Arrow Financial Services**<br>**5996 W tuohy Ave.**<br>**Niles IL  60714** | **Unsecured Claims** | **$   658.00** |
| 12. | **Asset Care Inc.**<br>**5100 Peachtree Industrial Blvd.**<br>**Norcross GA  30071** | **Unsecured Claims** | **$   236.00** |
| 13. | **Bally Total Fitness**<br>**12440 E Imperial Hwy #300**<br>**Norwalk CA  90650** | **Unsecured Claims** | **$   180.00** |
| 14. | **Bank One**<br>**PO Box 182223**<br>**Columbus OH  43218** | **Unsecured Claims** | **$   741.00** |

In re:   **Keith B Beard**
**Melody Harris-Beard**

Case No. _____

| 15. | **Berg Industries**<br>**3455 S Mulford Rd.**<br>**Rockford IL  61109** | **Unsecured Claims** | **$    325.00** |

| 16. | **Biehl & Biehl Inc.**<br>**PO Box 87410**<br>**Carol Stream IL  60188-7410** | **Unsecured Claims** | **$     20.00** |

| 17. | **Capital Management Services**<br>**726 Exchange St.  STE 700**<br>**Buffalo NY  14210** | **Unsecured Claims** | **$    860.00** |

| 18. | **Cavalry**<br>**PO Box 1017**<br>**Hawthorne NY  10532** | **Unsecured Claims** | **$    295.00** |

| 19. | **Cavalry Portfolio Services**<br>**7 Skyline Dr.  3rd FL**<br>**Hawthorne NY 10532** | **Unsecured Claims** | **$    301.00** |

| 20. | **CB Accounts**<br>**1101 Main St.**<br>**Peoria IL  61606** | **Unsecured Claims** | **$    180.00** |

| 21. | **CCSG**<br>**PO Box 61295**<br>**Savannah GA  31420-1295** | **Unsecured Claims** | **$    468.00** |

| 22. | **Cengage Learning**<br>**PO Box 6904**<br>**Florence KY  41022-6904** | **Unsecured Claims** | **$     84.00** |

| 23. | **Citizens Finance of Illinois**<br>**6345 N 2nd St.**<br>**Loves Park IL  61111-4168** | **Unsecured Claims** | **$  1,444.00** |

In re:  **Keith B Beard**
**Melody Harris-Beard**

Case No. _____

| | | | |
|---|---|---|---|
| 24. | **City of Rockford**<br>425 E State St<br>Rockford IL  61104 | Unsecured Claims | $   200.00 |
| 25. | **Collection Company of America**<br>700 Longwater Dr.<br>Norwell MA  02061 | Unsecured Claims | $   213.00 |
| 26. | **Com Ed**<br>PO Box 6111<br>Carol Stream IL  60197-6111 | Unsecured Claims | $   300.00 |
| 27. | **Credit Protection Association**<br>13355 Noel Rd.  STE 2100<br>Dallas TX  75240 | Unsecured Claims | $   1,000.00 |
| 28. | **Creditors Protection Service**<br>202 West State St.  STE 300<br>Rockford IL  61101 | Unsecured Claims | $   5,542.00 |
| 29. | **Crusader Clinic**<br>1200 West State St.<br>Rockford IL  61102 | Unsecured Claims | $   341.00 |
| 30. | **Customer Service Center**<br>PO Box 91501<br>Indianapolis IN  46291-0009 | Unsecured Claims | $   161.00 |
| 31. | **Everhome Mortgage**<br>8100 Nations Way<br>Jacksonville FL  32256 | Secured Claims | $ 62,035.00 |
| 32. | **First Premier Bank**<br>PO Box 5524<br>Sioux Falls SD  57117-5524 | Unsecured Claims | $   280.00 |

In re: **Keith B Beard**
**Melody Harris-Beard**

Case No. _____

| | | | |
|---|---|---|---|
| 33. | **Franklin Collection Service**<br>PO Box 2300<br>Tupelo MS 38803-3910 | **Unsecured Claims** | $ 66.00 |
| 34. | **HE Stark Agency**<br>PO Box 45710<br>Madison WI 53744-5710 | **Unsecured Claims** | $ 1,886.00 |
| 35. | **IDPA/ Div of Child Sppt**<br>509 South 6th St.<br>Springfield IL 62701-1825 | **Priority Claims** | $ 13,343.00 |
| 36. | **James E Stevens**<br>6833 Stalter Dr. 1st Floor<br>Rockford IL 61108 | **Unsecured Claims** | $ 3,785.00 |
| 37. | **Jeffrey L Harris**<br>1107 G Ave.<br>Grundy Center IA 50638 | **Unsecured Claims** | $ 2,145.00 |
| 38. | **John F Mitchell**<br>224 W Stephenson St.<br>Freeport IL 61032 | **Unsecured Claims** | $ 1,854.00 |
| 39. | **Mason Properties**<br>120 N Annie Glidden<br>De Kalb IL 60115 | **Unsecured Claims** | $ 2,481.00 |
| 40. | **MedClear**<br>507 Prudential Rd.<br>Horsham PA 19044-2308 | **Unsecured Claims** | $ 0.00 |
| 41. | **Mercantile**<br>PO Box 9016<br>Williamsville NY 14231-9016 | **Unsecured Claims** | $ 892.00 |

In re:   **Keith B Beard**
**Melody Harris-Beard**

Case No. _____

| 42. | **Mutual Management**<br>**401 East State St.**<br>**Rockford IL  61104-1027** | **Unsecured Claims** | **$ 10,267.00** |
|---|---|---|---|

| 43. | **National Bank Sycamore**<br>**230 W State St.**<br>**Sycamore IL  60178** | **Unsecured Claims** | **$ 1,108.00** |
|---|---|---|---|

| 44. | **National City Bank/PNC**<br>**249 Fifth Ave.  One PNC Plaza**<br>**Pittsburgh 15222** | **Unsecured Claims** | **$ 1,700.00** |
|---|---|---|---|

| 45. | **National Credit Solution**<br>**3680 E I-240 SVC**<br>**Oklahoma City OK  73135** | **Unsecured Claims** | **$ 424.00** |
|---|---|---|---|

| 46. | **National Recovery Agency**<br>**2491 Paxton St.**<br>**Harrisburg PA  17111** | **Unsecured Claims** | **$ 152.00** |
|---|---|---|---|

| 47. | **Nationwide Credit Inc.**<br>**4700 Vestal Pkwy E**<br>**Vestal NY  13850-3770** | **Unsecured Claims** | **$ 181.00** |
|---|---|---|---|

| 48. | **NCC**<br>**PO Box 1022**<br>**Wixom MI  48393-1022** | **Unsecured Claims** | **$ 740.00** |
|---|---|---|---|

| 49. | **NCI**<br>**2015 Vaughn Rd NW  STE 400**<br>**Kennesaw GA  30144-7802** | **Unsecured Claims** | **$ 207.00** |
|---|---|---|---|

| 50. | **Nicor Gas**<br>**PO Box 8350**<br>**Aurora IL  60507-8350** | **Unsecured Claims** | **$ 450.00** |
|---|---|---|---|

In re:   **Keith B Beard**
**Melody Harris-Beard**

Case No. _____

| | | |
|---|---|---|
| **51.** **Paragon Way**<br>**2101 W Ben White Blvd  #103**<br>**Austin TX  78704** | **Unsecured Claims** | **$   941.00** |
| **52.** **Penske Truck Leasing**<br>**PO Box 802577**<br>**Chicago IL  60680-2577** | **Unsecured Claims** | **$   335.00** |
| **53.** **PFG of Minnesota**<br>**PO Box 4115**<br>**Concord CA  94524** | **Unsecured Claims** | **$   280.00** |
| **54.** **PNC/National City**<br>**249 Fifth Ave.**<br>**Pittsburgh PA  15222** | **Unsecured Claims** | **$   500.00** |
| **55.** **Premier Home Furnishings**<br>**4038 E State St.**<br>**Rockford IL  61108** | **Unsecured Claims** | **$   800.00** |
| **56.** **Professional Education Institute**<br>**7020 High Grove Blvd**<br>**Burr Ridge IL  60527** | **Unsecured Claims** | **$   360.00** |
| **57.** **Publishers Clearing House**<br>**382 Channel Dr.**<br>**Port Washington NY  11050** | **Unsecured Claims** | **$   73.00** |
| **58.** **R&B Receivables**<br>**860 S Northpoint Blvd**<br>**Waukegan IL  60085** | **Unsecured Claims** | **$  3,631.00** |
| **59.** **Radiology Consultants of Rockford**<br>**PO Box 4542**<br>**Rockford IL  61110** | **Unsecured Claims** | **$   100.00** |

In re:  **Keith B Beard**
**Melody Harris-Beard**

Case No. _____

| | | | |
|---|---|---|---|
| 60. | **Regina B Bielkus MD**<br>**PO Box 967**<br>**Tinley Park IL** | **Unsecured Claims** | $ 23.00 |
| 61. | **Republic Western Insurance Co.**<br>**PO Box 21688**<br>**Phoenix AZ  85036** | **Unsecured Claims** | $ 4,194.00 |
| 62. | **RJM Acquisitions**<br>**575 Underhill Blvd Ste 224**<br>**Syosset NY  11791** | **Unsecured Claims** | $ 72.00 |
| 63. | **Rock River Water Reclamation**<br>**3333 Kishwaukee**<br>**Rockford IL  61109** | **Unsecured Claims** | $ 100.00 |
| 64. | **Rockford Associated Clinical Path**<br>**PO Box 71082**<br>**Chicago IL  60694-1082** | **Unsecured Claims** | $ 86.00 |
| 65. | **Rockford Gastroenterology Assoc**<br>**401 Roxbury Rd.**<br>**Rockford IL  61107-5078** | **Unsecured Claims** | $ 317.00 |
| 66. | **Rockford Health System**<br>**2400 N Rockton Ave.**<br>**Rockford IL  61103** | **Unsecured Claims** | $ 54.00 |
| 67. | **Rockford Nephrology Associates**<br>**PO Box 957**<br>**Rockford IL  61105-0957** | **Unsecured Claims** | $ 24.00 |
| 68. | **Security Finance Corporation**<br>**PO Box 3146**<br>**Spartanburg SC  29304** | **Unsecured Claims** | $ 450.00 |

In re:  **Keith B Beard**
**Melody Harris-Beard**

Case No. _____

| | | | |
|---|---|---|---|
| 69 . | **Surgical Assoc of No. IL**<br>**PO Box 4224**<br>**Rockford IL  61110** | **Unsecured Claims** | **$  2,302.00** |
| 70 . | **Swedish American ER Physicians**<br>**PO Box 3261**<br>**Milwaukee WI  53201-3261** | **Unsecured Claims** | **$  437.00** |
| 71 . | **Swedish American Hospital**<br>**PO Box 4448**<br>**Rockford IL  61110-0948** | **Unsecured Claims** | **$  8,123.00** |
| 72 . | **Sylvan Learning**<br>**6785 Weaver Rd.**<br>**Rockford IL  61114** | **Unsecured Claims** | **$  185.00** |
| 73 . | **Thomas A Green**<br>**6833 Stalter Dr.**<br>**Rockford IL  61108** | **Unsecured Claims** | **$  3,280.00** |
| 74 . | **Unique National Collections**<br>**119 East Maple St.**<br>**Jeffersonville IN  47130** | **Unsecured Claims** | **$  87.00** |
| 75 . | **United Collection Bureau**<br>**PO Box 140190**<br>**Toledo OH  43614** | **Unsecured Claims** | **$  285.00** |
| 76 . | **US Dept of Ed-Direct loans**<br>**PO Box 5609**<br>**Greenville TX  75403** | **Unsecured Claims** | **$  31,125.00** |
| 77 . | **Winnebago Law Magistrate**<br>**400 W State St.**<br>**Rocford IL  61101** | **Unsecured Claims** | **$  8,279.00** |

In re:   **Keith B Beard**
         **Melody Harris-Beard**

Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Keith B Beard**, and I, **Melody Harris-Beard**, named as debtors in this case, declare under penalty of perjury that we have read the foregoing Numbered Listing of Creditors, consisting of **9 sheets** (not including this declaration), and that it is true and correct to the best of our information and belief.

Signature:   **/s/ Keith B Beard**
             **Keith B Beard**

Dated:   **2/14/2011**

Signature:   **/s/ Melody Harris-Beard**
             **Melody Harris-Beard**

Dated:   **2/14/2011**

**B6G (Official Form 6G) (12/07)**

In re:   <u>Keith B Beard   Melody Harris-Beard</u>                     ,          Case No. _____
                                  **Debtors**                                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: **Keith B Beard    Melody Harris-Beard**                    Case No. _____
_____ .                                      **(If known)**
                              **Debtors**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

B6I (Official Form 6I) (12/07)

| In re | Keith B Beard Melody Harris-Beard | | Case No. | |
|---|---|---|---|---|
| | Debtors | | | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **daughter** | AGE(S): **17** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Custodian** | **Teacher** |
| Name of Employer | **Rockford Rescue Mission** | **City of Rockford** |
| How long employed | | |
| Address of Employer | **715 W State St.** **Rockford IL 61102** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | **2,166.67** | $ **3,655.60** |
| 2. Estimate monthly overtime | $ | **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ | **2,166.67** | $ **3,655.60** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | **288.12** | $ **731.64** |
| b. Insurance | $ | **45.00** | $ **140.83** |
| c. Union dues | $ | **0.00** | $ **0.00** |
| d. Other (Specify)   **AFSCMEC DU** | $ | **0.00** | $ **66.34** |
| **Child Support** | $ | **606.68** | $ **0.00** |
| **Garnishment** | $ | **0.00** | $ **523.67** |
| **Pension** | $ | **0.00** | $ **164.50** |
| **People** | $ | **0.00** | $ **10.40** |
| **RMECU** | $ | **0.00** | $ **108.34** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **939.80** | $ **1,745.72** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,226.87** | $ **1,909.88** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ **0.00** |
| 8. Income from real property | $ | **0.00** | $ **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | **0.00** | $ **0.00** |
| 11. Social security or other government assistance (Specify) | $ | **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ **0.00** |
| 13. Other monthly income (Specify) | $ | **0.00** | $ **0.00** |

**B6I (Official Form 6I) (12/07) - Cont.**

In re **Keith B Beard Melody Harris-Beard**                              Case No. _____

                                    **Debtors**                                        **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| | | |
|---|---|---|
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ _____ 0.00 | $ _____ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ _____ 1,226.87 | $ _____ 1,909.88 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 3,136.75 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE** _____

_____

B6J (Official Form 6J) (12/07)

In re <u>Keith B Beard Melody Harris-Beard</u>                    ,  Case No. _____
                          **Debtors**                                        (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☑ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 500.00 |
|    a. Are real estate taxes included?   Yes _____ No ✓ | | |
|    b. Is property insurance included?   Yes _____ No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 85.00 |
|       b. Water and sewer | $ | 0.00 |
|       c. Telephone | $ | 67.00 |
|       d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 200.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 20.00 |
| 8. Transportation (not including car payments) | $ | 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 25.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|       a. Homeowner's or renter's | $ | 0.00 |
|       b. Life | $ | 0.00 |
|       c. Health | $ | 0.00 |
|       d. Auto | $ | 65.00 |
|       e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|       a. Auto | $ | 0.00 |
|       b. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 1,182.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 1,226.87 |
|    b. Average monthly expenses from Line 18 above | $ | 1,182.00 |
|    c. Monthly net income (a. minus b.) | $ | 44.87 |

B6J (Official Form 6J) (12/07) - Cont.

In re **Keith B Beard Melody Harris-Beard**                                                  ,      Case No. _____
                                          **Debtors**                                                                    **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

**SPOUSE**

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 875.00 |
| a. Are real estate taxes included?      Yes _____   No ✓ | | |
| b. Is property insurance included?      Yes _____   No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 200.00 |
| b. Water and sewer | $ | 40.00 |
| c. Telephone | $ | 175.00 |
| d. Other **Cable & internet** | $ | 85.00 |
| 3. Home Maintenance (Repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 10.00 |
| 7. Medical and dental expenses | $ | 20.00 |
| 8. Transportation (not including car payments) | $ | 120.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 93.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 65.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ | 0.00 |
| 13. Installment payments (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,283.00 |

19. Describe any increase or decrease in expenditures reasonably anticipate to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 15 of Schedule I | $ | 1,909.88 |
| b. Average monthly expenses from Line 18 above | $ | 2,283.00 |
| c. Monthly net income (a. minus b.) | $ | -373.12 |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Keith B Beard   Melody Harris-Beard**                    ,    Case No. _____

                                                Debtors        Chapter    **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐     Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   **13,343.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   **0.00** |
| Student Loan Obligations (from Schedule F) | $   **48,049.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   **0.00** |
| TOTAL | $   **61,392.00** |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   **3,136.75** |
| Average Expenses (from Schedule J, Line 18) | $   **3,465.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   **4,927.57** |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   **0.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   **13,343.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   **0.00** |
| 4. Total from Schedule F | | $   **128,310.00** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   **128,310.00** |

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court

### Northern District of Illinois

In re  **Keith B Beard    Melody Harris-Beard** _____,      Case No. _____

                                    Debtors              Chapter   _7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $        83.000.00 | | |
| B - Personal Property | YES | 2 | $        52.675.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $        62.035.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $        13,343.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 21 | | $       128.310.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $        3.136.75 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $        3.465.00 |
| TOTAL | | 34 | $       135,675.00 | $       203,688.00 | |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re  **Keith B Beard    Melody Harris-Beard** _____    Case No. _____
                                    **Debtors**                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **36** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **2/14/2011** _____            Signature:  **/s/ Keith B Beard** _____
                                                          **Keith B Beard**
                                                                    Debtor

Date:  **2/14/2011** _____            Signature:  **/s/ Melody Harris-Beard** _____
                                                          **Melody Harris-Beard**
                                                                (Joint Debtor, if any)

                        [If joint case, both spouses must sign]


### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

---

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571._

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**

In re:  **Keith B Beard   Melody Harris-Beard** _____,           Case No. _____

Debtors                                                      (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None
☐        State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 30,209.00 | Income-husband | 2009 |
| 32,571.00 | Income-wife | 2009 |
| 26,000.00 | Income-husband | 2010 |
| 32,000.00 | Income-wife | 2010 |
| 2,000.00 | Income-husband | 2011 |
| 3,200.00 | Income-wife | 2011 |

### 2.  Income other than from employment or operation of business

None
☑        State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑        a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ **b.** *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ **c.** *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Mutual Management Services v Keith Beard Melody Harris-Beard      10 SC 3036** | **Civil** | **Winnebago County Courthouse Rockford IL 61101** | **Judgment** |
| **H.E.R.R. Ltd dba AAA Community Finance #1 vs Melody Harris Beard      2010 SC 2039** | **Civil** | **Winnebago County Courthouse Rockford IL  61101** | **Pending** |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Mutual Management 401 East State St. Rockford IL  61104** | | **Garnishment** |

## 5. Repossessions, foreclosures and returns

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6. Assignments and receiverships

None ☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None ☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

## 9.  Payments related to debt counseling or bankruptcy

None   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☐     consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within
      **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Laura L McGarragan** **1004 North Main St.** **Rockfor IL  61103** | **11/1/2010** | **1000.00** |

## 10.  Other transfers

None   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the
☑     debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.
      (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint
      petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a
☑     self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11.  Closed financial accounts

None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed,
☑     sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking,
      savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks,
      credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors
      filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or
      both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12.  Safe deposit boxes

None   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within
☑     **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
      must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are
      separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑

a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ☑    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☑    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☑    b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **2/14/2011**      Signature of Debtor    **/s/ Keith B Beard**
                                          **Keith B Beard**

Date   **2/14/2011**      Signature of Joint Debtor (if any)    **/s/ Melody Harris-Beard**
                                          **Melody Harris-Beard**

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**

In re       **Keith B Beard    Melody Harris-Beard**       Case No. _____
                     Debtors                                      Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br><br>**Everhome Mortgage** | **Describe Property Securing Debt:**<br><br>**1523 S Central Ave.**<br>**Rockford IL  61102** |

Property will be *(check one)*:
     ☑ Surrendered         ❑ Retained

If retaining the property, I intend to *(check at least one)*:
        ❑ Redeem the property
        ❑ Reaffirm the debt
        ❑ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
     ❑ Claimed as exempt            ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No.  1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❑ YES      ❑ NO |

     *0*    continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **2/14/2011** _____           **/s/ Keith B Beard** _____
                                             **Keith B Beard**
                                             Signature of Debtor

**/s/ Melody Harris-Beard**

**Melody Harris-Beard**
Signature of Joint Debtor (if any)

B 203
(12/94)

### UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re:     **Keith B Beard**                    **Melody Harris-Beard**         Case No. _____

                                                                                Chapter    **7**   _____
                         Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
    and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
    paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
    connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,000.00** |
| Prior to the filing of this statement I have received | $ | **1,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of compensation paid to me was:

    ☑ Debtor                    ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☐ Debtor                    ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
       of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
       my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
       attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
    including:

    a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
         a petition in bankruptcy;

    b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)   [Other provisions as needed]
         **None**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **Representing Debtor in Adversary**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **2/14/2011**   _____


                                        **/s/ Laura L McGarragan** _____
                                        **Laura L McGarragan, Bar No.  6199753**

                                        **McGarragan Law Offices**
                                        Attorney for Debtor(s)

**B 201A** (Form 201A) (12/09)

---

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2.**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

**In re**  **Keith B Beard**                                   Case No. _____

  **Melody Harris-Beard**

_____       Chapter _____7_____
                        **Debtor**

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of the Debtor

We, the debtors, affirm that we have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Keith B Beard**                              X **/s/ Keith B Beard**                    **2/14/2011**
_____                 _____
**Melody Harris-Beard**                           **Keith B Beard**
_____                 Signature of Debtor                      Date
Printed Name(s) of Debtor(s)                  X **/s/ Melody Harris-Beard**              **2/14/2011**
                                                   _____
Case No. (if known) _____        **Melody Harris-Beard**
                                                   Signature of Joint Debtor               Date

_____

**Instructions**: Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) only if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

AAA Community Finance
5611 N 2nd St.
Loves Park IL   61111

ABA
PO Box 1600
Clinton IA   52733-1600

Account Recovery Services
PO Box 2526
Loves Parl IL   61132

Accounts Receivable Mgt
7507 N 2nd St.   Unit C
Machesney Park IL   61115

Affiliated Surgeons of Rockford
2300 N Rockton Ave.
Rockford IL   61103

Allied Business Acct
PO Box 1600
Clinton IA   52733

Allied Data Corp
PO Box 4115
Concord CA   94524

Allied Interstate
3000 Corporate Exchange Dr. 5th FL
Columbus OH   43231

American Education/Wells Fargo
1200 N 7th St.
Harrisburg PA   17102

American General Finance
5451 East State St.
Rockford IL  61108

American General Finance
600 N Royal Ave.
Evansville IN  47715-2612

American Mediation
132 Summit Dr.  STE 100 C
Oakbrook Terrace IL  60181

Amsher Collection Services
600 Beacon Pkwy W  Ste 300
Birmingham AL  35209-3120

Anchor Receivables Mgt.
PO Box 4115
Concord CA  94525

ARM
PO Box 129
Thorofare NJ  08086-0129

Arrow Financial Services
5996 W tuohy Ave.
Niles IL  60714

Asset Care Inc.
5100 Peachtree Industrial Blvd.
Norcross GA  30071

Associated Recovery Systems
201 West Grand Ave
Escondido CA  92025

ATG Credit LLC
PO Box 14895
Chicago IL  60614-0895


Bally Total Fitness
12440 E Imperial Hwy #300
Norwalk CA  90650


Bank One
PO Box 182223
Columbus OH  43218


Berg Industries
3455 S Mulford Rd.
Rockford IL  61109


Biehl & Biehl Inc.
PO Box 87410
Carol Stream IL  60188-7410


Broadway Florists
1010 Broadway
Rockford IL  61104


Capital Management Services
726 Exchange St.  STE 700
Buffalo NY  14210


Cavalry
PO Box 1017
Hawthorne NY  10532


Cavalry Portfolio Services
7 Skyline Dr.  3rd FL
Hawthorne NY 10532

CB Accounts
1101 Main St.
Peoria IL  61606

CCSG
PO Box 61295
Savannah GA  31420-1295

Cengage Learning
PO Box 6904
Florence KY  41022-6904

Citizens Finance
6345 N 2nd St.
Loves Park IL  61111

Citizens Finance of Illinois
6345 N 2nd St.
Loves Park IL  61111-4168

City of Rockford
425 E State St
Rockford IL  61104

City of Rockford Parking
425 East State St.
Rockford IL 61104-1014

Collection Company of America
700 Longwater Dr.
Norwell MA  02061-1624

Collection Company of America
700 Longwater Dr.
Norwell MA  02061

Collections
PO Box 589
Plainfield IL   60544


Com Ed
PO Box 6111
Carol Stream IL   60197-6111


Comcast
4450 Kishwaukee St.
Rockford IL   61109


Credit Protection Association
13355 Noel Rd.   STE 2100
Dallas TX   75240


Creditors Protection Service
202 West State St.   STE 300
Rockford IL   61101


Crusader Clinic
1200 West State St.
Rockford IL   61102


Customer Service Center
PO Box 91501
Indianapolis IN   46291-0009


Dennis Brebner & Assoc
869 Northpoint Blvd
Waukegan IL   60085-8211


Everhome Mortgage
8100 Nations Way
Jacksonville FL   32256

Financial Growth Foundation
8 B Central Ave.
Glen Burnie MD  21061


First Premier Bank
PO Box 5524
Sioux Falls SD  57117-5524


Franklin Collection Service
PO Box 2300
Tupelo MS  38803-3910


Grant Park Auto
900 Broadway
Rockford IL  61104


HE Stark Agency
PO Box 45710
Madison WI 53744-5710


IDPA/ Div of Child Sppt
509 South 6th St.
Springfield IL  62701-1825


Infinity Healthcare Physicians
PO Box 3261
Milwaukee WI  53201-3261


James E Stevens
6833 Stalter Dr. 1st Floor
Rockford IL  61108


JamesThompson
515 N Court St.
Rockford IL  61103

Jeffrey L Harris
1107 G Ave.
Grundy Center IA   50638


John F Mitchell
224 W Stephenson St.
Freeport IL   61032


Mason Properties
120 N Annie Glidden
De Kalb IL   60115


MedClear
507 Prudential Rd.
Horsham PA   19044-2308


Medical Group Insurance Services
PO Box 4509
Rockford IL   61110-4509


Mercantile
PO Box 9016
Williamsville NY   14231-9016


Mutual Management
401 East State St.
Rockford IL   61104-1027


National Bank Sycamore
230 W State St.
Sycamore IL   60178


National City Bank/PNC
249 Fifth Ave.  One PNC Plaza
Pittsburgh 15222

National Credit Solution
3680 E I-240 SVC
Oklahoma City OK   73135

National Recovery Agency
2491 Paxton St.
Harrisburg PA   17111

Nationwide Credit Inc.
4700 Vestal Pkwy E
Vestal NY   13850-3770

NCC
PO Box 1022
Wixom MI   48393-1022

NCI
2015 Vaughn Rd NW   STE 400
Kennesaw GA   30144-7802

NCO Financial Systems
507 Prudentail Rd.
Horsham PA   19044

NCO Services
PO Box 8457
Philadelphia PA   19101

Nicor Gas
PO Box 8350
Aurora IL   60507-8350

Northerln Illinois Imaging
PO Box 4777
Rockford IL   61110

Northland Group Inc
PO Box 390846
Edina MN  55439


OSF Medical Group
PO Box 1806
Peoria IL  61656-1806


Paragon Way
2101 W Ben White Blvd  #103
Austin TX  78704


Penske Truck Leasing
PO Box 802577
Chicago IL  60680-2577


PFG of Minnesota
PO Box 4115
Concord CA  94524


PNC/National City
249 Fifth Ave.
Pittsburgh PA  15222


Premier Home Furnishings
4038 E State St.
Rockford IL  61108


Professional Education Institute
7020 High Grove Blvd
Burr Ridge IL  60527


Professional Recovery Consultants
2700 Meridian Pkwy  Ste 200
Durham NC  27713-2204

Publishers Clearing House
382 Channel Dr.
Port Washington NY  11050


R & B Receivables
860 S Northpoint Blvd
Waukegan IL  60085-8211


R&B Receivables
860 S Northpoint Blvd
Waukegan IL  60085


Radiology Consultants of Rockford
PO Box 4542
Rockford IL  61110


Recovery Partners LLC
4151 Marshall Way Ste12
Scottsdale AZ  85251


Regina B Bielkus MD
PO Box 967
Tinley Park IL


Republic Western Insurance Co.
PO Box 21688
Phoenix AZ  85036


RJM Acquisitions
575 Underhill Blvd Ste 224
Syosset NY  11791


Rock River Water Reclamation
3333 Kishwaukee
Rockford IL  61109

Rockford Anesthesiologists
2202 Harlem Rd.
Loves Park IL   61111


Rockford Associated Clinical Path
PO Box 71082
Chicago IL   60694-1082


Rockford Gastroenterology Assoc
401 Roxbury Rd.
Rockford IL   61107-5078


Rockford Health Physicians/Clinic
2300 N Rockton Ave
Rockford IL   61103


Rockford Health System
2400 N Rockton Ave.
Rockford IL   61103


Rockford Mercantile
2502 S Alpine Rd.
Rockford IL   61108


Rockford Nephrology Associates
PO Box 957
Rockford IL   61105-0957


Rockford Orthopedic Assoc
324 Roxbury Rd.
Rockford IL   61107


Rockford Public Library
215 N Wyman St.
Attn: Customer Services
Rockford IL   61101

Security Finance Corporation
PO Box 3146
Spartanburg SC  29304


Surgical Assoc of No. IL
PO Box 4224
Rockford IL  61110


Swedish American ER Physicians
PO Box 3261
Milwaukee WI  53201-3261


Swedish American Hospital
1401 East State St.
Rockford IL  61104


Swedish American Hospital
PO Box 4448
Rockford IL  61110-0948


Sylvan Learning
6785 Weaver Rd.
Rockford IL  61114


T Mobile
PO Box 742596
Cincinnati OH  45274-2596


Thomas A Green
6833 Stalter Dr.
Rockford IL  61108


Thomas Moss DDS
1415 East State St.
Rockford IL  61107

Unique National Collections
119 East Maple St.
Jeffersonville IN  47130


United Collection Bureau
PO Box 140190
Toledo OH  43614


US Dept of Ed-Direct loans
PO Box 5609
Greenville TX  75403


William Sowle DDS
2126 N Main St.
Rockford IL  61103


Winnebago Law Magistrate
400 W State St.
Rocford IL  61101

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

In Re:                                          Bankruptcy Case Number: _____

**Keith B Beard**

**Melody Harris-Beard**


## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Dated:  **2/14/2011**  _____            **/s/ Keith B Beard** _____

                                                **Keith B Beard**

                                                                Debtor


                                                **/s/ Melody Harris-Beard** _____

                                                **Melody Harris-Beard**

                                                                Joint Debtor